

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/12

MEMO ENDORSED

October 26, 2012

BY FACSIMILE

Hon. Kimba M. Wood
United States District Judge
500 Pearl Street, Rm. 1910
New York, NY 10007

RE: <u>United States v. Mir Islam</u>
    12 Cr. 810 (KMW)

Dear Judge Wood,

An initial pretrial conference was scheduled in the above-entitled case for Tuesday, October 30, 2012, at 10:30 a.m. The Government and counsel for the defendant respectfully request a brief adjournment of that conference based on the pending weather forecast for that date.

It is the Government's understanding that the Court is available on Thursday, November 1, 2012 at 10:30 a.m., and the Government respectfully requests that the initial pretrial conference be adjourned to that date and time.

GRANTED
KMW

Respectfully yours,

PREET BHARARA
United States Attorney

By: /s/
Timothy T. Howard
Assistant United States Attorney
(212) 637-2308

SO ORDERED: 10/26/12
/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

CC: David Gordon, Esq. (by electronic mail)