

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/5/12

November 3, 2012

BY ELECTRONIC MAIL

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States v. Mir Islam
           12 Cr. 810 (KMW)

**MEMO ENDORSED**

Dear Judge Wood,

    On behalf of the Government, I respectfully request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through November 8, 2012, the date of the initial pretrial conference scheduled in the above-captioned case.[1] The Government has been actively engaging counsel for the defendant regarding a potential pretrial resolution of the charges in this case, and the exclusion of time will allow those discussions to continue.

    The Government has consulted with David Gordon, Esq., counsel for the defendant, who consents to the exclusion of time on behalf of his client. A proposed order is enclosed for the Court's consideration.

*The conference is scheduled for November 8, 2012, at 2:00 p.m.*

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Timothy T. Howard
Assistant United States Attorney
Tel.: (212) ___-____

SO ORDERED: N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Encl.
cc: David Gordon, Esq. (by e-mail)

---

[1] This conference was previously scheduled for November 1, 2012, which had to be adjourned because of the closure of the Court on that date based on the impact of Hurricane Sandy on the New York metropolitan area.