

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/13
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2013

BY FACSIMILE

Hon. Kimba M. Wood
United States District Judge
500 Pearl Street, Rm. 1910
New York, NY 10007

**MEMO ENDORSED**

RE: **United States v. Mir Islam**
    12 Cr. 810 (KMW)

Dear Judge Wood,

    A pretrial conference is scheduled in the above-entitled case for Tuesday, January 22, 2013, at 11:00 a.m. The Government and the defendant are working on finalizing an agreement under which we anticipate a pretrial resolution of the pending charges. The process had been delayed as the result of related discussions between the United States Attorney's Office and the New York County District Attorney's Office, which were recently concluded. The Government respectfully requests, on consent of the defendant, an adjournment of approximately three weeks, to allow the parties to finalize a disposition of the charges in this case. The Government understands that the Court is available on Thursday, February 14, 2013 at 2:00 p.m., and respectfully requests that the next pretrial conference be scheduled for that date and time. *Granted*

    Further, on behalf of the Government, I respectfully request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through February 14, 2013, the date of the next pretrial conference scheduled in the above-captioned case. The exclusion of time will allow the continuation discussions regarding a potential pretrial resolution of the charges in this case. The Government has consulted with David Gordon, Esq., counsel for the defendant, who consents to the

exclusion of time on behalf of his client. A proposed order is enclosed for the Court's consideration.

Respectfully yours,

PREET BHARARA
United States Attorney

By: _____
Timothy T. Howard
Assistant United States Attorney
(212) 637-2308

CC: David Gordon, Esq. (by electronic mail)

1-15-13
SO ORDERED: N.Y., N.Y.

_____
KIMBA M. WOOD
U.S.D.J.