

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2013

BY FACSIMILE

Hon. Kimba M. Wood
United States District Judge
500 Pearl Street, Rm. 1910
New York, NY 10007

RE:  United States v. Mir Islam                    **MEMO ENDORSED**
     12 Cr. 810 (KMW)

Dear Judge Wood,

     A pretrial conference is scheduled in the above-entitled
case for Monday, April 15, 2013, at 2:00 p.m.  The Government
is still working on finalizing an agreement under which we
anticipate a pretrial resolution of the pending charges.  The
Government respectfully requests, on consent of the defendant,
a four-week adjournment to allow the parties to finalize a
disposition of the charges in this case.

     Further, on behalf of the Government, I respectfully
request that time be excluded under the Speedy Trial Act, 18
U.S.C. § 3161(h)(7)(A), through the date of the next pretrial
conference scheduled in the above-captioned case.  The
exclusion of time will allow the continuation of discussions
regarding a potential pretrial resolution of the charges in
this case.  The Government has consulted with David Gordon,
Esq., counsel for the defendant, who consents to the

exclusion of time on behalf of his client.  A proposed order
is enclosed for the Court's consideration.

Respectfully yours,

*The conference is adjourned to Monday, May 13, 2013, at 12:00 p.m.*

PREET BHARARA
United States Attorney

By: _____
Timothy T. Howard
Assistant United States Attorney
(212) 637-2308

CC: David Gordon, Esq. (by electronic mail)

**SO** ORDERED:  N.Y., N.Y.  4|9|13

_____
KIMBA M. WOOD
U.S.D.J.