```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :        12 CR 810-1 (KMW)
        -against-                   :        ORDER
                                    :
MIR ISLAM                           :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/13

KIMBA M. WOOD, United States District Judge:

ORDERED that the defendant's bail be modified to include mental health treatment, allowing the defendant to process credit card transactions at his place of employment and allowing the defendant to possess a computer/access the internet under the supervision of the case agent or upon approval of Pretrial Services.

Dated: New York, New York
       June 10, 2013

SO ORDERED

6-10-12

_____
KIMBA M. WOOD
United States District Judge