UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIR ISLAM,

                         Petitioner,

      v.

UNITED STATES OF AMERICA,

                         Respondent.
------------------------------------------------------------X

18-CV-735 (KMW)
12-CR-810 (KMW)

**OPINION & ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/18

KIMBA M. WOOD, United States District Judge:

      The Court's Opinion and Order dated December 11, 2018, resolving Petitioner's § 2255 motion, has been filed under seal. By December 19, 2018, defense counsel and counsel for the government shall provide the Court with a copy of the Opinion and Order red-lined to show the portions that are appropriately under seal, and giving the Court a date by which sealing will no longer be needed. The Court will contact the parties if the Court has any questions regarding the proposed redactions from the public copy of the Opinion and Order.

      SO ORDERED.

Dated: New York, New York
           December 11, 2018

                                                  _/s/ Kimba M. Wood_
                                                  KIMBA M. WOOD
                                                  United States District Judge